PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Capice Unoskie Purnell**

**Docket No. 0:01CR00343-001(DWF)**

**Petition on Supervised Release**

COPY

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Capice Unoskie Purnell** who was sentenced for Assault Resulting in Serious Bodily Injury, on September 25, 2002, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory drug testing
Financial disclosure
No new credit
Psychiatric/psychological counseling (suspended on 12/21/05)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant tested positive for the presence of marijuana on September 28, 2007.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of up to 120 days in a home detention program, which includes electronic monitoring and shall observe all rules of such program, as directed by the Probation Officer. The cost of electronic monitoring fees shall be waived.

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL** # of pages ►

| | |
|---|---|
| To Gina | From Cara |
| Dept./Agency | Phone # |
| Fax # 651-848-1292 | Fax # |

NSN 7540-01-317-7368 5099-101 GENERAL SERVICES ADMINISTRATION

SCANNED
NOV 15 2007
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 14th day of March 2007, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Karen L. Godin
Senior U.S. Probation Officer

MinneapolisTelephone:

Executed on October 29, 2007

Place

Approved:

Curtis L. Stevens
Supervising U.S. Probation Officer